# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 27, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154531

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DENORIA LUCCI SMITH,
a/k/a DENORIO SMITH,
      Defendant-Appellant.

SC: 154531
COA: 326462
Wayne CC: 14-003750-FC

_____/

      On order of the Court, the application for leave to appeal the August 11, 2016 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 27, 2017



Clerk

a0619